## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CELENA L. SPRINKLE, individually;<br>CELENA L. SPRINKLE, as mother and<br>next friend of BREANA F. STEWART,<br>a minor; and TRACEY LEE<br>STEWART, individually, | ) ) ) ) ) ) | |
|        Plaintiff, | ) ) ) | |
| v. | ) ) ) | CASE NO.: _____<br>(Formerly Case No. CV-07-900950 in the<br>Circuit Court of Mobile County, AL) |
| JOE EDWARD JOHNSON, individually,<br>R.D. CONSTRUCTION, INC.;<br>COLONEL McCRARY TRUCKING,<br>LLC; FICTITIOUS PARTY<br>DEFENDANT, etc., et al. | ) ) ) ) ) ) | |
|        Defendants. | ) | |

## <u>NOTICE OF REMOVAL</u>

COME NOW, R.D. Construction, Inc. and Colonel McCrary Trucking, LLC, Defendants in the above-styled cause, and pursuant to 28 U.S.C. §§1441 and 1446, remove this case from the Circuit Court of Mobile County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division on the following grounds:

1.      On or about August 7, 2007, Plaintiffs commenced an action in the Circuit Court of Mobile County, Alabama entitled "Celena Sprinkle, individually; Celena L. Sprinkle, as mother and next friend of <u>Breana F. Stewart, a minor; and Tracey Lee Stewart, individually v. R.D. Construction, Inc.</u>, et al., Civil Action No. CV-2007-900950," by filing a Complaint. Plaintiffs allege that they incurred damages on July 11, 2007, as a result of individual Defendant,

Joe Edward Johnson ("Johnson"), running a red light while driving a vehicle owned by R.D. Construction, Inc. ("R.D. Construction") and hitting the vehicle that Plaintiffs were occupying at the time the motor vehicle accident occurred.   The wreck happened at the intersection of Highway 59 and Highway 287.   Johnson was employed by Colonel McCrary Trucking, LLC ("McCrary") as a tree climber at the time of the accident;  however, Johnson was not in the line and scope of his employment at the time of the accident.   Plaintiffs allege that it was all of the named Defendants' negligence and/or wantonness in causing the wreck.   Furthermore, Plaintiffs allege that R.D. Construction and McCrary negligently and/or wantonly hired, trained, and supervised Johnson during his employment with McCrary.   Lastly, Plaintiffs allege that R.D. Construction and McCrary negligently and/or wantonly entrusted Johnson with the vehicle he was driving at the time of the accident.   It is Plaintiffs' contention that due to the allegations set out hereinabove, they suffered physical injuries among many other listed damages.   Plaintiffs now seek compensatory and punitive damages from all named Defendants this suit. (Complaint).

### **Removal is Timely**

2.      According to the Mobile County Circuit Clerk's office, Plaintiff's Complaint was filed on August 7, 2007, and Defendants R.D. Construction and McCrary were served via certified mail on September 12, 2007.

3.      Defendants R.D. Construction and McCrary have filed this Notice of Removal within thirty (30) days of service upon Defendants.   Therefore, this Removal is timely filed pursuant to 28 U.S.C. §1446(b).

4.     Copies of all process, pleadings, and other papers served on or received by Defendants and the entire Circuit Court file for CV-2007-900950 are attached hereto as Exhibit "A".

5.     This action is removable pursuant to 28 U.S.C. §1441 as a civil matter brought in the State Court of which the District Courts of the United States would have had original jurisdiction.  This action could have been filed in this Court under 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and the amount in controversy exceeds the sum or value of Seventy-Five Thousand and no/100 Dollars ($75,000), exclusive of interests and cost.

## **Complete Diversity Exists**

6.     At all times material hereto, Plaintiffs Celena L. Sprinkle, individually, and Celena L. Sprinkle, as mother and next friend of Breana F. Stewart, a minor, have been resident citizens of Baldwin Co., Bay Minette, Alabama.  (Complaint)

7.     At all times material hereto, Plaintiff Tracey Lee Stewart, individually, has been a resident citizen of Sumter, South Carolina.  (Complaint)

8.     Defendant R.D. Construction is a corporation that is incorporated and doing business in Georgia.  (Complaint)

9.     Defendant McCrary is a limited liability corporation with its principal place of business in Georgia.  (Complaint)

10.     Based upon information and belief, individual Defendant Johnson[1] is not a resident citizen of the Alabama as alleged in Plaintiffs' Complaint.  Plaintiffs allege in their Complaint that Johnson "is believed to reside at 931 Lumpkin Road, Mobile, AL at the time these causes of action arose."  (Complaint).  The basis of this allegation by the Plaintiffs is the address listed on the subject accident report for Johnson.  It is unknown how the police determined Mobile, AL as the address to be listed as Johnson's address on the accident report. Johnson's Alabama license was revoked at the time of the accident, and he does not have a valid Alabama driver's license to date.  However, Johnson has not resided at the address listed as Johnson's address in the Plaintiffs' Complaint and on the accident report since June of 2004. (Please see attached Affidavit of the Property Owner attached hereto as Exhibit "B").  Instead, it is believed that Johnson is a resident of Mississippi.  On July 14, 2007, Johnson listed 1109 Hwy 98, Lucedale, MS 39452 as his address on his Consolidated Appearance Bonds.  This was listed on all of said bonds underneath his signature on said documents.  (Please see attached Consolidated Appearance Bonds attached hereto as Exhibit "C").

## The Amount of Controversy Exceeds $75,000

11.     Plaintiffs are making claims of negligence and wantonness against all Defendants for causing the wreck on July 11, 2007.  Plaintiffs seek compensatory and punitive damages from the Defendants for emotional distress; mental anguish; mental anguish; pain and suffering; past and future medical bills; home care givers; home care costs; costs of nurses and or medical

---

[1] Johnson has not been served by Plaintiffs with the Complaint in this matter.  Johnson not being served with the Complaint does not effect the consenting, served Defendants' ability to remove this case.  In Knopff v. Word Research Group, LLC, the Court found:
   "[unanimity is not defeated if these defendants absent from the Notice of Removal were never served properly in the first instance.  The 'service' exception to the rule of unanimity protects a bedrock principle: An individual or entity named as a defendant is not obliged to engage in litigation unless notified of the action brought under a Court's authority, by formal process'."
298 F.Supp. 2d 59 (D.C. 2003) (quoting Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347 (1999)).

attendants; lost wages past and future; permanent disability; modified living arrangements; modified vehicle arrangements; and loss of employment of life.   Plaintiffs allege that the aforementioned damages are totaled to be in an amount to exceed $75,000.   These damages listed by Plaintiffs are clearly an amount to exceed the required amount in controversy needed to remove an action to this Court.   28 U.S.C. §1332.

### All Prerequisites for Removal Have Been Satisfied

12.     As set forth above, this Notice of Removal has been filed within thirty (30) days of service of all of the found Defendants; the amount in controversy exceeds $75,000, exclusive of interest and costs; and complete diversity exists as to all parties.

13.     The prerequisites for removal under 28 U.S.C. §1441 have been met.

14.     If any questions arise as to the propriety of the removal of this action, the Defendants request the opportunity to present a brief and/or oral argument in support of its position that this case is removable.

WHEREFORE, the premises considered, Defendants R.D. Construction and McCrary desire to remove this case to the United States District Court for the Southern District of Alabama, Southern Division, being the district and division of said Court for the County in which said action is pending, pray that the filing of this Notice of Removal with said Court and with the Clerk of the Circuit Court of Mobile County, Alabama, shall effect a removal of said suit to this Court.

Respectfully submitted this 5th day of October, 2007.

/s/ Cooper C. Thurber
COOPER C. THURBER      THU002
K. AMANDA HERNDON      HER048
Attorneys for Defendants, R.D. Construction, Inc.
and Colonel McCrary Trucking, LLC

OF COUNSEL:

LYONS, PIPES & COOK, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL  36652
P: (251) 432-4481
F: (251) 433-1820
Email: CCT@LPClaw.com
       KAH@LPClaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I have electronically filed the foregoing with the Clerk of Court using the Alafile system which will send notification of such filing to the following, and that I have mailed same to non-CM/ECF participants by placing the same in the United States Mail, first class postage prepaid, as follows:


Clay Hornsby, Esq.
Morris, Haynes, & Horsby
3500 Collonnade Parkway, Suite 100
Birmingham, AL 35243


                                 /s/ Cooper C. Thurber
                                 COOPER C. THURBER